```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARK WASHINGTON, formerly  )
  Webb et al.,             )  Civil Action
                           )  No. 06-CV-05349
            Plaintiff      )
                           )
        vs.                )
                           )
MERCK & CO., INC.,         )
                           )
            Defendant      )

## O R D E R

NOW, this 31st day of August, 2007, upon consideration of Defendant Merck & Co., Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint, which motion was filed on January 30, 2007; upon consideration of the Answer in Opposition to Dismiss Plaintiff's Second Amended Complaint filed by Defendant Merck & Co., which answer was filed on March 2, 2007 by plaintiff; upon consideration of the Reply Brief of Defendant Merck & Co., Inc. in Further Support of Its Motion to Dismiss Plaintiff's Second Amended Complaint or Strike Certain Allegations in the Second Amended Complaint, which reply was filed on March 16, 2007; upon consideration of the Sur-Reply in Opposition to Motion to Dismiss Plaintiff's Second Amended Complaint Filed by Defendant Merck & Co., which sur-reply was filed on March 23, 2007 by plaintiff; upon consideration of plaintiff's Second Amended Complaint, filed on December 6, 2006; and for the reasons expressed in the accompanying Memorandum,

<u>IT IS ORDERED</u> that Defendant Merck & Co., Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint is denied.

<u>IT IS FURTHER ORDERED</u> that defendant shall have until September 20, 2007 to file an answer to plaintiff's Second Amended Complaint.

                        BY THE COURT:

                        <u>/s/ James Knoll Gardner</u>
                        James Knoll Gardner
                        United States District Judge